```
 1  Brent H. Blakely (SBN 157292)
    LEDERER NOJIMA TAGLIAFERRO
 2  LOPRESTI & BLAKELY LLP
    11755 Wilshire Boulevard, Suite 1200
 3  Los Angeles, California 90025
    Telephone: (310) 312-1860
 4  Facsimile:  (310) 477-3481
 5  Attorneys for Plaintiff
    Rocawear Licensing LLC
```

FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCAWEAR LICENSING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ULTIMATE OFFPRICE, et al.,<br><br>Defendants. | CASE NO. CV 05-6127 AHM (FMOx)<br><br>***STIPULATION, CONSENT JUDGMENT, AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE; AND [PROPOSED] ORDER*** |

IT IS HEREBY STIPULATED by and between Plaintiff Rocawear Licensing LLC ("Rocawear"), and Defendant Ultimate Offprice, Lior Sfadia and Liza Peretz ("Defendants"), through their respective attorneys of record pursuant to a signed Settlement Agreement and Release, that the Court enter a Consent Judgment as follows:

1. Rocawear's claims for monetary relief are dismissed, and Rocawear and Defendants shall bear their own costs associated with this action;

2. Defendants are permanently enjoined from manufacturing, producing, using, purchasing, distributing, advertising, importing, exporting, shipping, displaying, promoting, or offering for sale any goods or services under the trademark Rocawear; Registration Nos. 2,344,124, 2,579,733, 2,607,833 or words/marks

1.
STIPULATION, CONSENT JUDGMENT, AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  confusingly similar or substantially similar to Rocawear's trademarks.

2  3. In the event Defendants fail to satisfy the terms of the Settlement
3  Agreement and Release between Rocawear and Ultimate Offprice in this action
4  dated October __, 2006, Defendants hereby stipulate to judgment in the amount of
5  $40,000.00.

6  4. The Court shall retain jurisdiction of this matter as may be necessary to
7  enforce the Settlement Agreement and Release between the parties to this action. By
8  entering into this Stipulation and Consent Judgment, Rocawear intends for this
9  Stipulation to also serve as Voluntary Dismissal Without Prejudice as to Defendants
10 Ultimate Offprice, Liron Sfadia and Liza Peretz.

11 DATED: October 31, 2006      LEDERER NOJIMA TAGLIAGERRO LOPRESTI & BLAKELY LLP

13 By: _____
14 BRENT H. BLAKELY
*Attorneys for Plaintiff Rocawear Licensing LLC*

16 DATED: October 24, 2006      ANDREW STERN

18 By: _____
ANDREW STERN
*Attorneys for Defendant Ultimate Offprice, Lior Sfadia and Liza Peretz*

20 This Order/Judgment is final notwithstanding the parties' failure to
21 IT IS SO ORDERED.    file w/ the date in June 4.
22 DATED: October 13, 2006

_____
A. Howard Matz
United States District Judge

---

2.

STIPULATION, CONSENT JUDGMENT, AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## PROOF OF SERVICE

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 11755 Wilshire Boulevard, Suite 1200, Los Angeles, California 90025. On November 9, 2006, I served the documents named below on the parties in this action as follows:

**DOCUMENT(S) SERVED:** *Stipulation, Consent Judgment, and Voluntary Dismissal Without Prejudice; and [Proposed] Order*

**SERVED UPON:** Andrew J. Stern, Esq.
Law Offices of Andrew J. Stern
9100 Wilshire Boulevard
Suite 715 - East Tower
Beverly Hills, California 90212
Telephone: (310) 274-8507
*Attorneys for Defendants Ultimate Offprice, Lior Sfadia and Liza Peretz*

[X] **(BY MAIL)** I placed such envelope on the above date, with postage fully prepaid, for deposit in the U.S. Postal Service at my place of business at Los Angeles, California, following the ordinary business practices of my place of business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mail with the U.S. Postal Service. Under that practice, such correspondence is deposited with the U.S. Postal Service the same day it is collected and processed in the ordinary course of business.

[ ] **(BY FEDERAL EXPRESS)** I am readily familiar with the business practices at my place of business for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ] **(BY FACSIMILE)** I caused to be transmitted the document(s) described herein via the FAX number(s) listed on the attached service list.

[ ] **(BY PERSONAL SERVICE)** I served the foregoing document by placing true copies thereof enclosed in sealed envelope(s) addressed as stated below. I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

[X] **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2006, at Los Angeles, California.

Lynn M. Brooks